United States District Court
Southern District of Texas
**ENTERED**
October 19, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Robert Garza and Gloria Garza, | § | |
| Plaintiffs, | § | |
| V. | § | CIVIL ACTION NO. H-22-4492 |
| Scott & Associates, P.C. and LVNV Funding, LLC, | § | |
| Defendants. | § | |

## ORDER

On October 17, 2023, Plaintiffs, Robert Garza and Gloria Garza, and Defendants, Scott & Associates, P.C. and LVNV Funding, LLC, filed a Joint Stipulation of Dismissal (docket no. 18) stipulating to the dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, this Court accepts the stipulation and this action is hereby **DISMISSED WITH PREJUDICE** against refiling the same.

Each party will bear its own costs.

**SIGNED** at Houston, Texas, on this 18th day of October, 2023.

---
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE